IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Bleiberg Entertainment, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00042 |
| v. | : | Judge Sargus |
| John Does 1-14, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

Plaintiff has failed to file proof of service of the summons and complaint on defendants John Does 1-14 within 120 days after filing the complaint. Plaintiff has failed to respond to the Court's October 15, 2013 Order to show cause why defendants John Does 1-14 should not be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civil. P. for failure to obtain service on them.

Accordingly, the Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing John Does 1-14, without prejudice, under Rule 4(m), Fed. R. Civil. P. for failure to obtain service on defendants.

11-27-2013
Edmund A. Sargus
United States District Judge