AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BLEIBERG ENTERTAINMENT,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**JOHN DOES 1-14, et al.,**       **CASE NO.  2:13-cv-00042**
                                  **JUDGE EDMUND A. SARGUS, JR.**
        **Defendants.**       **MAGISTRATE JUDGE MARK R. ABEL**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed November 27, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 27, 2013                                JOHN P. HEHMAN, CLERK


                    */S/ Andy F. Quisumbing*
                    (By) Andy F. Quisumbing
                    Courtroom Deputy Clerk